IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KENNETH ROBERT SHENDOCK, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GREEN ROCK CORRECTIONAL ) <br> CENTER, ) <br>     Defendants. ) | Civil Action No. 7:08-cv-00311 <br><br> FINAL ORDER <br><br> By: Hon. James C. Turk <br> Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1) and 42 U.S.C. § 1997e(a), and stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 12th day of May, 2008.

                                            /s/ James C. Turk
                                            Senior United States District Judge